## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LINUS ADAM KOWALEWSKI,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-1202** |
| **HONGJIN CROWN CORPORATION, et al.,**<br>    **Defendants** | **SECTION: "E"** |

### ORDER OF DISMISSAL

Having been advised by Plaintiff, Linus Adam Kowalewskit, and counsel for Defendants, HJC America, Inc. and HJC Corporation, that they have firmly agreed upon a compromise in this matter,

**IT IS ORDERED** that this action be and it is hereby **DISMISSED** to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated.  In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days.  *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

**New Orleans, Louisiana, this 6th day of March, 2013.**

_____

SUSIE MORGAN

UNITED STATES DISTRICT JUDGE